FILE COPY

No. 07-16-00405-CR

| | | |
|---|---|---|
| Jason Paul Harper<br>  Appellant | § | From the 320th District Court<br>  of Potter County |
| | § | |
| v. | | July 18, 2017 |
| | § | |
| The State of Texas | | Opinion by Chief Justice Quinn |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated July 18, 2017, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o